**RECEIVED**

JUN 22 2021

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RONALD LAWRENCE PHILLIPS
Plaintiff(s),

vs.

THE CITY OF MINNEAPOLIS

Defendant(s).

Case No. 21-cv-1463 WMW/BRT
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES  X   NO ___

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name: RONALD LAWRENCE PHILLIPS

      Street Address: General Delivery

      County, City: Hennepin   Minneapolis

      State & Zip Code: Minnesota   55440

      Telephone Number: 612 247 6806

2. List all defendants. [You shou]ld state the full name of the defendant, even if that defendant is a government agency, an or[gan]ization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

SCANNED
JUN 22 2021
U.S. DISTRICT COURT MPLS

a. Defendant No. 1

   Name: The CITY of MINNEAPOLIS

   Street Address: 350 South 5th st. 55415

   County, City: Hennepin, Minneapolis

   State & Zip Code: Minnesota

b. Defendant No. 2

   Name: 

   Street Address: 

   County, City: 

   State & Zip Code: 

c. Defendant No. 3

   Name: 

   Street Address: 

   County, City: 

   State & Zip Code: 

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.

Check here if additional sheets of paper are attached: ☐

Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal Question  ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.
    American Disability Act.
    ~~Loss of Familia.~~
    Loss of Public Stature.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                    State of Citizenship:

    Defendant No. 1:                   State of Citizenship:

    Defendant No. 2:                   State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☒ Defendant(s) reside in Minnesota   ☒ Facts alleged below primarily occurred in Minnesota
    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. The Minneapolis JEWISH Cemetary is not

3

located in the City of Minneapolis.

8. The Minneapolis City limited TAXI SERVICE License and now claims no limit.

9. The Minneapolis City now allows unlicensed with surge pricing TAXI SERVICE UBER or LYFT.

10. The Minneapolis City does not regulate the Dispatch for TAXI SERVICE.

11. False Arrest.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want Seven Million Two Hundred Thousand Dollars for The Loss of Familia and for The Loss of Public Stature. I want the Court to order Mediation or A out of Court Settlement for the full amount.

Date:

Signature of Plaintiff: Ronald R. Phillips
Mailing Address: General Delivery Minneapolis, MN. 55440
Telephone Number: 612 247 6806

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5